# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STATE OF ALABAMA,**<br><br>    Plaintiff,<br><br>v.<br><br>**ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,**<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 12-1232<br><br>THREE JUDGE PANEL<br>(RC, BMK, CKK) |

## NOTICE OF DISMISSAL

The State of Alabama, plaintiff in this action, by and through its counsel, hereby dismisses its claims in this case pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

For the Court's information, the State of Alabama obtained administrative preclearance from the Department of Justice for the voting changes at issue in this litigation. A copy of the preclearance letter is attached as Exhibit A.

Respectfully submitted,

Date  October 5, 2012

LUTHER STRANGE
Attorney General of Alabama
By:

/s/John J. Park, Jr.
*Deputy Attorney General*
Alabama State Bar ID ASB-xxxx-P62J
E-mail:    jjp@sbllaw.net

[Signatures continued on next page]

1

Strickland Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
Telephone: 678.347.2200
Facsimile: 678.347.2210


 /s/ James W. Davis
*Assistant Attorney General*
Alabama State Bar ID ASB-xxxx-I58J
E-mail:     jimdavis@ago.state.al.us

 /s/ Misty Fairbanks Messick
*Assistant Attorney General*
Alabama State Bar ID ASB-xxxx-T71F
E-mail:     mmessick@ago.state.al.us

Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: 334-242-7300
Facsimile:  334-353-8440


**Certificate of Service**

I certify that, on this the 5th day of October 2012, I electronically filed the foregoing Notice of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Spencer Fisher, Esq.
U.S. Department of Justice
Voting Section, Civil Rights Division
950 Pennsylvania Avenue NW, NWB-7262
Washington, DC 20030
spencer.fisher@usdoj.gov

Bryan L. Sells, Esq.
U.S. Department of Justice
Office of the Attorney General
Voting Section, Civil Rights Division
950 Pennsylvania Avenue NW, NWB-7262
Washington, DC 20530
bryan.sells@usdoj.gov

Jennifer Maranzano, Esq.
U.S. Department of Justice
Voting Section, Civil Rights Division
950 Pennsylvania Ave NW
Washington, DC  20530
jennifer.maranzano@usdoj.gov

John K. Tanner, Esq.
3743 Military Road NW
Washington, DC 20015
john.k.tanner@gmail.com

                                                    /s/John J. Park, Jr.
                                                    Alabama State Bar ID ASB-xxxx-P62J
                                                    Of Counsel