

**U.S. Department of Justice**

Civil Rights Division

---

*Office of the Assistant Attorney General*            *Washington, D.C. 20530*

October 5, 2012

The Honorable Luther Strange
Attorney General
State of Alabama
P.O. Box 300152
Montgomery, Alabama  36130-0152

Dear Attorney General Strange:

This refers to Act No. 2012-602 (H.B. 19), which provides the 2012 redistricting plan for the Alabama House of Representatives; and Act No. 2012-603 (S.B. 25), which provides the 2012 redistricting plan for the Alabama Senate, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c.  We received your submission on August 6, 2012; additional information was received through September 25, 2012.

The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes.  Procedures for the Administration of Section 5 of the Voting Rights Act of 1965, 28 C.F.R. 51.41.

Because the Section 5 status of the 2012 redistricting plans for the Alabama House and Senate are before the court in *State of Alabama v. Holder*, No. 1:12-cv-01232 (D.D.C.), we are providing a copy of this letter to the court and counsel of record in that case.

Sincerely,

Thomas E. Perez
Assistant Attorney General

